UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EMPLOYERS INSURANCE, COMPANY OF WAUSAU, | : |
| Plaintiff, | : Civil Action 05-cv-4924 (JLL) |
| v. | : **ORDER ADOPTING THE REPORT AND RECOMMENDATION OF** |
| ALLSTATE INDEMNITY COMPANY, | : **THE MAGISTRATE JUDGE** |
| Defendant. | : |

**LINARES**, District Judge.

This matter having come before the Court on the Report and Recommendation of United States Magistrate Ronald J. Hedges, filed March 13, 2006; and the Court having received no objections; and the Court having reviewed the Report and Recommendation and other documents on file in this matter; and

For good cause shown;

**IT IS** on this 28th day of March, 2006,

**ORDERED** that the Report and Recommendation of Magistrate Judge Hedges filed March 13, 2006, recommending that the motion of Plaintiff Employers Insurance Company of Wausau for default judgment be granted and default judgment be entered, and further recommending that the motion to vacate default of Defendant Allstate Indemnity Company be denied, is hereby ADOPTED as the findings of fact and conclusions of law of this Court.

IT IS SO ORDERED.

Dated: March 28, 2006

_____
JOSE L. LINARES
UNITED STATES DISTRICT JUDGE